UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUIZESPARZA NAVARETTE ALFREDO,,

                        Petitioner,

       -against-

WARDEN J.L. JAIMISON,

                        Respondent.

23-CV-8166 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 15, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 15, 2023
            New York, New York

                                                    /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                           Chief United States District Judge